UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :

       -against-                                              :
                                                                     :     15  Cr. 468  (VB)

Jahmal McIntosh                                           :
          Defendant.
                                                                     :
------------------------------------------------------------x

Briccetti, J

## ORDER ACCEPTING PLEA ALLOCUTION

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record.  The Report and Recommendation of the  Honorable Lisa M. Smith, United States Magistrate Judge, dated June 27, 2016, is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

                                                                       SO ORDERED.

Dated: White Plains, New York
       8/23/2016

                                                              _____
                                                              Vincent Briccetti
                                                             United States District Judge